UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS, SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 09-CV-3282 |
| ) | |
| PAULA L. ALLEN, ) | |
| ) | |
| Defendant. ) | |

BEFORE U. S. MAGISTRATE JUDGE BYRON CUDMORE:

## REPORT AND RECOMMENDATION

United States Marshal's Report of Sale (d/e 19) has been filed in this matter on September 28, 2010, confirming sale of the property on May 11, 2010 to the highest and best bidder, being United States of America, Plaintiff herein by and through Jeffrey T. Seefeldt, on behalf of U.S. Department of Agriculture, Rural Development. The bid being in the amount of $36,800.

The report of sale was scheduled for hearing before the undersigned on October 20, 2010 at 3:00 p.m. Notice was sent by Plaintiff (d/e 20). Defendant did not appear at the hearing. The Court has reviewed the Report of Sale and now recommends pursuant to authority conferred under 28 U.S.C. § 636(b) that the Report of Sale be APPROVED and a Decree Confirming United States Marshal's Report of Sale and Assignment of Marshal's Certificate of Purchase, consistent with "Exhibit A" attached hereto, be entered.

The parties are advised that any objection to this recommendation must be filed in writing with the Clerk within fourteen days after being served with a copy of this Report and Recommendation. See 28 U.S.C. § 636(b)(1). Failure to object will constitute a waiver of objections on appeal. Video Views, Inc. v. Studio 21, Ltd., 797 F.2d 538 (7th Cir. 1986). See Local Rule 72.2.

ENTER: October 21, 2010

FOR THE COURT:

_____s/ Byron G. Cudmore_____
BYRON G. CUDMORE
UNITED STATES MAGISTRATE JUDGE

# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS, SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CIVIL NO. 09-3282 |
| PAULA L. ALLEN, | ) ) ) |
| Defendant. | ) |

**DECREE CONFIRMING UNITED STATES MARSHAL'S REPORT OF SALE
AND ASSIGNMENT OF MARSHAL'S CERTIFICATE OF PURCHASE**

This day comes FLORA GANT-BRIDGES, Acting United States Marshal, appointed by the Court herein to make sale and to carry into effect the said former Decree, and makes report of her proceedings and the Court having duly examined the same, finds that the United States Marshal has in every respect proceeded in accordance with the terms of said Decree, and that the sale was fairly made, and the Court being fully advised in the premises finds:

1. A notice required in accordance with Chapter 735, ILCS, Section 5/15-1507(c) was given.

2. The terms of sale were fair and not unconscionable.

3. The sale was conducted fairly and without fraud.

4. Justice was done by the sale.

5. The United States of America, on behalf of Rural Housing, United States Department of Agriculture, was the successful bidder at the public judicial sale of the property.

6. This Court hereby approves the assignment from the United States of America, Rural Housing, United States Department of Agriculture, to Jobe Rian Arnold, P.O. Box 102, Milton, Illinois, all the right, title and interest that the United States obtained via the Certificate of

Purchase that the United States assigned to the said, Jobe Rian, thereby entitling Jobe Rian to receive as grantee the judicial deed to the foreclosed premises stemming from this foreclosure proceeding.

    7.  All redemption and reinstatement periods have expired prior to this judicial sale without redemption or reinstatement having been made.

    IT IS THEREFORE ORDERED:

    A.  Said Assignment of Marshal's Certificate of Purchase is approved.

    B.  Said Report of Sale is approved and said sale is confirmed

    C.  That there is no deficiency judgment ordered in favor of the Plaintiff.

    D.  The United States Marshal will execute a deed to Jobe Rian Arnold, P.O. Box 102, Milton, Illinois, as Assignee.

    E.  The Assignee shall be entitled to possession of the real estate thirty days after approval of the Report of Sale in compliance with 735 ILCS5/15-1701(c)(1).

    F.  That there is no just reason to delay enforcement of or appeal from this final order.

    G.  The United States shall distribute said proceeds of sale in the manner provided herein and in the Judgment of Foreclosure previously approved by this Court as soon as practicable after entry of this Decree, without further Court order.

ENTER: _____, 2010.

                                           _____
                                           MICHAEL P. MCCUSKEY
                                           UNITED STATES DISTRICT JUDGE